FILED

01/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0521

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA-22-0521

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re the Marriage of

**ANDREA OKLAND,**

      **Petitioner and Appellant,**

 and

**CHRISTOPHER OKLAND,**

      **Respondent and Appellee.**

**ORDER EXTENDING
DEADLINE FOR
RESPONSE BRIEF**

Appellee, CHRISTOPHER OKLAND, has filed an Unopposed Motion to Extend Response Brief Deadline. Good cause appearing,

IT IS THEREFORE ORDERED that Appellee's Response Brief is due March 30, 2023.

DATED AND ELECTRONICALLY SIGNED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 23 2023